■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v EARL NOEL, Appellant. [737 NYS2d 293] —Judgment, Supreme Court, New York County (Edward McLaughlin, J.), rendered March 15, 1994, convicting defendant, after a jury trial, of criminal sale of a controlled substance in the third degree, and sentencing him, as a second felony offender, to a term of 5½ to 11 years, unanimously affirmed.

Since defendant raised no objection to the court's supplemental agency instructions, his current challenge to those instructions is unpreserved notwithstanding his prior requests to charge (*see, People v Whalen*, 59 NY2d 273, 280), and we decline to review it in the interest of justice. Concur—Andrias, J.P., Saxe, Sullivan, Rosenberger and Friedman JJ.